1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $105,155.81 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $11,075.75 SEIZED FROM BANK OF AMERICA ACCOUNT 01201-05647 IN THE NAME OF CAPITOL COMPASSIONATE CARE CO-OP,<br><br>    Defendants. | **2:05-CV-421 WBS-JFM**<br><br>**JOINT REQUEST FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE AND ORDER THEREON**<br><br>DATE:     July 5, 2005<br>TIME:     9:00 a.m.<br>COURTROOM:5 |

   Plaintiff and the only claimant in this action, Capitol Compassionate Care Cooperative Corporation, request a 30-day continuance of the Status (Pretrial Scheduling) Conference currently scheduled for July 5, 2005.  The parties are engaged in good-faith settlement negotiations and believe this matter will settle soon.  The parties' scheduling conference report is currently due to be filed with the court on June 21, 2005, but the parties believe it would be wasteful of the court's and the parties' time and resources to schedule this case if a settlement

1

1 | can be reached soon.
2 |
3 | DATED: June 17, 2005          McGREGOR W. SCOTT
4 |                                United States Attorney
5 |                                /s/ kdoor
6 |                                KRISTIN S. DOOR
   |                                Assistant U.S. Attorney
7 |
8 |
9 | DATED: June 17, 2005          /s/ bgrantland
10|                                BRENDA GRANTLAND
   |                                Attorney for claimant
11|                                Capitol Compassionate Care
   |                                (Original signature retained
12|                                by attorney)
13|
14|     The status conference is continued from July 5, 2005 to
15| August 1, 2005 at 9:00 a.m.  The joint status report shall be
16| filed no later than July 18, 2005.
17| IT IS SO ORDERED.
18| DATED: June 20, 2005
19|
20|                                WILLIAM B. SHUBB
21|                                UNITED STATES DISTRICT JUDGE

2