McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $105,155.81 IN U.S.<br>CURRENCY, and<br><br>APPROXIMATELY $11,075.75 SEIZED<br>FROM BANK OF AMERICA ACCOUNT 01201-<br>05647 IN THE NAME OF CAPITOL<br>COMPASSIONATE CARE CO-OP,<br><br>　　　　　Defendants.<br>_____<br>CAPITOL COMPASSIONATE CARE<br>COOPERATIVE CORPORATION,<br><br>　　　　　Claimant.<br>_____ | **2:05-CV-421 WBS-JFM**<br><br>**FINAL JUDGMENT OF<br>FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of
Forfeiture, the Court finds as follows:

1.   This is a civil forfeiture action against approximately
$105,155.81 in U.S. Currency seized from claimant on September 3,
2004 by the United States Drug Enforcement Administration and
$11,075.75 seized from claimant's account at the Bank of America
(hereinafter collectively referred to as the "defendant

1

currency").  Both seizures occurred on land in the Eastern District of California.

2.   A Complaint for Forfeiture In Rem was filed on or about March 2, 2005, seeking the forfeiture of the defendant currency, alleging that said currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3.   On or about March 4, 2005, the Court issued a warrant of arrest in rem for the defendant currency, and that warrant was duly executed on March 10, 2005.

4.   On or about March 4, 2005, copies of the Complaint for Forfeiture In Rem, Summons and Warrant of Arrest In Rem, Affidavit, Application and Order for Publication, and court notices were served by certified mail on claimant.

5.   On or about April 4, 2005, a Public Notice of Arrest of defendant currency appeared by publication in The Daily Recorder. On or about April 8, 2005 a Public Notice of Arrest of defendant currency appeared by publication in The Sentinel.  These are newspapers of general circulation in the counties in which the defendant currency was seized (Sacramento and Placer Counties). The Proofs of Publication were filed with the Court on April 14, 2005 (The Daily Recorder) and May 11, 2005 (The Sentinel).

6.   Other than claimant, no other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. That the Court adopts the Stipulation for Final Judgment

2

1  of Forfeiture entered into by and between the parties to this

2  action.

3       2.   That judgment is hereby entered against claimant

4  Capitol Compassionate Care Cooperative Corporation and all other

5  potential claimants who have not filed claims in this action.

6       3.   That all right, title, and interest in $91,231.56 of

7  the approximately $116,231.56 in U.S. Currency, together with any

8  interest that may have accrued on $91,231.56, is hereby forfeited

9  to the United States pursuant to 21 U.S.C. § 881(a)(6), to be

10  disposed of according to law.

11       4.   That $25,000.00 of the approximately $116,231.56 in U.S.

12  Currency, together with any interest that may have accrued on

13  $25,000, shall be returned to claimant Capitol Compassionate Care

14  Cooperative Corporation.  Said payment shall be made no later

15  than 60 days after entry of this Final Judgment of Forfeiture.

16  The U.S. Marshals Service shall issue a check in the amount of

17  $25,000.00, plus any accrued interest on that amount, made

18  payable to Capitol Compassionate Care Cooperative Corporation,

19  and send it claimant's attorney, Brenda Grantland, at 20

20  Sunnyside, Suite A-204, Mill Valley, CA 94941.

21       5.   That plaintiff United States of America and its

22  servants, agents, and employees and all other public entities,

23  their servants, agents, and employees, are released from any and

24  all liability arising out of or in any way connected with the

25  seizure or forfeiture of the defendant currency.  This is a full

26  and final release applying to all unknown or unanticipated

27  injuries, as well as those now known or disclosed.  The parties

28  waive the provisions of California Civil Code § 1532.

6.   That claimant Capitol Compassionate Care Cooperative Corporation waives any and all claim or right to interest that may have accrued on the approximately $91,231.56 of the approximately $116,231.56 in seized currency.

7.   That pursuant to the stipulation of the parties, and allegations set forth in the Complaint for Forfeiture In Rem filed March 2, 2005, the Court finds that there was reasonable cause for the seizure of defendant currency, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

8.   That all parties are to bear their own costs and attorneys' fees.

SO ORDERED THIS 17th day of August, 2005.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein and the allegations set forth in the Complaint for Forfeiture In Rem filed March 2, 2005, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the defendant currency.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4